1

2

3                     UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5
PEPI SCHAFLER,
6
              Plaintiff,                    No. C 06-5908 PJH
7
       v.                                   **ORDER GRANTING**
8                                           **MOTION TO RESCIND ECF**
HSBC BANK USA, et al.,                      **FILING REQUIREMENT**
9
              Defendants.
10  _____/

11          Before the court is plaintiff's motion to rescind the requirement that future filings in

12  the instant action be subject to electronic case filing.  Plaintiff is pro se, and objects to

13  designation of the instant case as suitable for electronic case filing ("ECF").  Specifically,

14  plaintiff takes issue with the court's October 25, 2006 order granting a pro hac vice

15  application filed by an attorney for two of the defendants, which order states at the end that

16  "[a]ll future filings in this Action are subject to the requirements contained in General Order

17  No. 45, Electronic Case Filing."

18          While plaintiff is correct that General Order No. 45 sets forth ECF requirements for

19  cases filed in this district, plaintiff has overlooked the fact that General Order No. 45

20  automatically excludes from ECF designation cases such as this one, in which the plaintiff

21  is pro se (this exclusion is noted on the district court's ECF website).  Accordingly, the

22  instant case has never been designated for ECF status, and plaintiff's motion is therefore

23  unnecessary.  Notwithstanding, and in the interests of providing clarity to the parties, the

24  court hereby GRANTS plaintiff's motion.

25  **IT IS SO ORDERED.**

26  Dated: November 2, 2006

27                                          _____
                                            PHYLLIS J. HAMILTON
28                                          United States District Judge

United States District Court
For the Northern District of California