UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEPI SCHAFLER,

    Plaintiff,

    v.

HSBC BANK USA, et al.

    Defendants.

_____/

No. C 06-5908 PJH

**ORDER DENYING REQUEST TO SHORTEN TIME**

    Before the court is plaintiff's request to shorten time for a hearing on plaintiff's motion to sanction Michael Powers, counsel for certain defendants in this action. Plaintiff seeks to have her motion heard on January 17, 2007, the same date on which certain defendants' motions to dismiss the underlying complaint will be heard. Plaintiff's motion for sanctions stems from defense counsel's use of certain documents in the instant action; plaintiff alleges that defense counsel's use of the documents is unauthorized and constitutes sanctionable conduct. No timely opposition to plaintiff's request to shorten time has been submitted.

    Preliminarily, plaintiff's request to shorten time is procedurally defective, as it fails to comply with Civil Local Rule 6-3. Plaintiff has failed to submit a declaration setting forth the information required by Civ. L. R. 6-3(a), and has further failed to submit the requisite proposed order. Notwithstanding these deficiencies, however, and in view of plaintiff's pro per status, the court deems plaintiff's request to shorten time properly submitted. As such, the court hereby orders as follows:

    Plaintiff's request to shorten time is hereby DENIED. The court will not consider a request to hear a motion for sanctions that does not give the opposing party full notice and

1  opportunity to be heard pursuant to the normal 35 day briefing schedule.  See Civ. L.R. 7-8.

2  While plaintiff is not prohibited from re-filing her motion for sanctions in accordance
3  with the normal 35 day briefing schedule, the court further notes that, based on its review of
4  plaintiff's motion, there does not appear to be good cause for the granting of plaintiff's
5  request.  Should plaintiff choose to re-notice her motion, she should ensure that adequate
6  grounds exist for the relief she seeks.

**IT IS SO ORDERED.**

Dated: January 10, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge