UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEPI SCHAFLER,

    Plaintiff,

    v.

MARINE MIDLAND BANK (HSBC), et al.,

    Defendants.

_____/

PEPI SCHAFLER,

    Plaintiff,

    v.

SCOTT D. MILLER, et al.,

    Defendants.

_____/

No. C 06-6887 PJH
No. C 06-5908 PJH

**ORDER DENYING MOTION FOR LEAVE TO FILE REQUEST FOR RECONSIDERATION**

    Before the court is plaintiff's Motion for Leave to File Request for Rehearing or Reconsideration, filed January 19, 2007. Plaintiff makes her motion pursuant to Civil Local Rule 7-9, which governs the filing of motions for reconsideration, and expressly requires that a party obtain leave of court before filing such a motion. Plaintiff appears to seek reconsideration of the court's January 17 hearing on multiple defendants' motions to dismiss.

    Plaintiff's motion is hereby DENIED. The local rule states that a party must seek leave of court to file a motion for reconsidertion "of any interlocutory order made by" the court. See Civ. L.R. 7-9(a). Plaintiff, however, cannot base her motion on any such interlocutory order, for the court has not yet issued an order with respect to the January 17 hearing. As the minute order filed in both actions before the court clearly states, all matters

were taken under submission.  As such, there is no interlocutory order upon which plaintiff's motion can rest, making the instant motion premature pursuant to local rule 7-9.

**IT IS SO ORDERED.**

Dated: January 24, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge