**United States District Court**
For the Northern District of California

1
2
3    UNITED STATES DISTRICT COURT
4    NORTHERN DISTRICT OF CALIFORNIA
5
6
7    PEPI SHAFLER,                          **RELATED CASES**
8              Plaintiff(s),               No. C 06-5908 PJH
                                           No. C 06-6887 PJH
9         v.                               **VEXATIOUS LITIGANT ORDER**
10   HSBC BANK USA, et al.,
11             Defendant(s).
     _____/
12
13
14        For the reasons stated in the court's February 21, 2007 order, plaintiff Pepi Schafler
15   is declared a vexatious litigant.  The court hereby orders as follows:
16        1.     Plaintiff is enjoined from filing any action in the United States District Court for
     the Northern District of California against HSBC, Manufacturers and Traders Trust
17   Company Bank (M&T), Scott D. Miller, and Cheryl Storie or any of their employees, agents,
18   attorneys, affiliates, subsidiaries, parents, successors, or predecessors that arise out of or
19   is in any way related to the alleged unlawful conversion of her funds in November of 1985,
20   unless and until such an action is first approved by the court.
21        2.     To obtain the approval of the court to file an action against any of the
22   individuals identified above, plaintiff must first file an application which shall include the
23   proposed complaint, the evidence that supports the allegations in the complaint or in the
24   absence of such evidence, a declaration setting forth a good faith basis for concluding that
25   she can obtain the evidence necessary to support her allegations.  The application will be
26   assigned to Judge Hamilton unless the Chief Judge of the Northern District assigns another
27   judge for this purpose.  A copy of the application shall be sent by overnight mail to the
28   defendants whom plaintiff intends to include in her complaint.  The parties will be given 15

days from the date of service to respond to the application.

3.     In deciding whether to allow plaintiff to proceed with any new action, the court will consider whether the new action raises any issues that could have been raised in any of the previous actions.  The court may, in its discretion, require that plaintiff post a bond in the amount of the fees and costs that the defendants will likely incur in defending against the action.  If the defendants prevail in the action, they will be entitled to be compensated out of this bond for the fees and costs incurred in defending against plaintiff's action, notwithstanding any other provisions of the state or federal law limiting the right to recover attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: February 21, 2007

_____
Phyllis J. Hamilton
United States District Judge

**United States District Court**
For the Northern District of California

2